**STATE**

v.

**Tammy L. RAYMOND.**

**No. 81–145–C.A.**

Supreme Court of Rhode Island.

April 16, 1981.

Dennis J. Roberts II, Atty. Gen., Stephen R. Famiglietti, Asst. Atty. Gen., Kathryn A. Panciera, Spec. Asst. Atty. Gen., for plaintiff-respondent.

John F. Cicilline, Providence, for defendant-petitioner.

ORDER

The petition for writ of habeas corpus is denied.

■

**W. Edward WOOD, Director, Department of Environmental Management et al.**

v.

**Warren V. PICILLO et al.**

**No. 81–172–M.P.**

Supreme Court of Rhode Island.

April 16, 1981.

Dennis J. Roberts II, Atty. Gen., Daniel J. Schatz, Spec. Asst. Atty. Gen., for plaintiffs-respondents.

Adler, Pollock & Sheehan Incorporated, John F. Bomster and David J. Oliveira, Providence, for defendants-petitioners.

ORDER

The petition for writ of certiorari and motion for stay are denied. The stay previously entered in this case is vacated.

SHEA, J., did not participate.